No. 1071, October Term, 1945. CARPENTER ET AL. v. TITLE INSURANCE & TRUST Co. October 14, 1946. 328 U. S. 847.

No. 1102, October Term, 1945. GOULD ET AL. v. UNITED STATES. October 14, 1946. 328 U. S. 848.

No. 1108, October Term, 1945. BROOKS, ADMINISTRATRIX, v. ST. LOUIS-SAN FRANCISCO RAILWAY CO. ET AL. (328 U. S. 867);
No. 1109, October Term, 1945. DIKIS, ADMINISTRATOR, ET AL. v. ST. LOUIS-SAN FRANCISCO RAILWAY CO. ET AL. (328 U. S. 868); and
No. 1110, October Term, 1945. ST. LOUIS-SAN FRANCISCO RAILWAY CO. v. CHASE NATIONAL BANK ET AL. (328 U. S. 868). October 14, 1946.

No. 1135, October Term, 1945. RUBIN v. NEW YORK. October 14, 1946. 328 U. S. 851.

No. 1162, October Term, 1945. MURPHY v. MURPHY. October 14, 1946. 328 U. S. 872.

No. 1172, October Term, 1945. LORENZO v. UNITED STATES ET AL. (328 U. S. 863);
No. 1173, October Term, 1945. ROSASCO v. UNITED STATES ET AL. (328 U. S. 863);
No. 1174, October Term, 1945. MARIANO MARESCA & Co. v. UNITED STATES ET AL. (328 U. S. 864); and

No. 1175, October Term, 1945. "ITALIA"-SOCIETA ANONIMA DI NAVIGAZIONE *v.* UNITED STATES ET AL. (328 U. S. 864). October 14, 1946.

No. 1176, October Term, 1945. SOCIETA ANONIMA CO-OPERATIVE DI NAVIGAZIONE GARIBALDI *v.* UNITED STATES ET AL.;

No. 1177, October Term, 1945. "ITALIA"-SOCIETA ANONIMA DI NAVIGAZIONE *v.* UNITED STATES ET AL.;

No. 1178, October Term, 1945. "ITALIA"-SOCIETA ANONIMA DI NAVIGAZIONE *v.* UNITED STATES ET AL.; and

No. 1179, October Term, 1945. "ITALIA"-SOCIETA ANONIMA DI NAVIGAZIONE *v.* UNITED STATES ET AL. October 14, 1946. 328 U. S. 864.

No. 1223, October Term, 1945. LOOMIS *v.* UNITED STATES ET AL. October 14, 1946. 328 U. S. 864.

No. 1180, October Term, 1945. E. C. SCHROEDER Co., INC. *v.* CLIFTON ET AL. October 14, 1946. 328 U. S. 858.

No. 1201, October Term, 1945. UNITED STATES EX REL. KARPATHIOU *v.* JORDAN, DISTRICT DIRECTOR OF IMMIGRATION AND NATURALIZATION. October 14, 1946. 328 U. S. 868.

No. 1220, October Term, 1945. PHILLIPS ET AL. *v.* BALTIMORE & OHIO RAILROAD Co. October 14, 1946. 328 U. S. 871.